UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

DMS IMAGING, INC.,

         PLAINTIFF,

   -AGAINST-

MEDICAL COACHES, INC.,
PHILLIPS AND TEMRO INDUSTRIES, INC. D/B/A
ZERO START, COLD WEATHER STARTING PRODUCTS,
JOHN DOE 1,
ELMWOOD SENSORS, LLC,

        DEFENDANTS.

MEDICAL COACHES, INC

      THIRD PARTY PLAINTIFF,


   - AGAINST

ATLANTIC DETROIT DIESEL ALLISON, INC.
180 Route 17 South
Lodi, NJ 07644

VM MOTORI, INC.
1067 Centre Drive
Auburn Hills, MI 48326

     THIRD PARTY DEFENDANTS.

: **Docket No.: 3:09-cv-1346 (TJM/DEP)**
:
: **CIVIL ACTION**
:
:
:
:

## STIPULATION OF DISMISSAL

  **COMES NOW** Plaintiff, DMS Imaging, Inc. ("Plaintiff") and Defendants, Medical Coaches, Inc. ("Medical Coaches"), Phillips and Temro Industries, Inc. D/B/A Zero Start, Cold Weather Starting Products ("Phillips") and Elmwood Sensors, LLC ("Elmwood"), and Siemens Medical Solutions USA, Inc. ("Siemens"):

**WHEREAS**, on December 2, 2009, Plaintiff filed a Complaint against Siemens, Elmwood, Medical Coaches and Leviton Manufacturing Co., Inc. ("Leviton");

**WHEREAS**, on February 12, 2010, Siemens filed an Answer to the Complaint containing a cross-claim against Medical Coaches;

**WHEREAS,** on February 12, 2010, Leviton filed an Answer to the Complaint that did not contain a cross-claim against Siemens;

**WHEREAS**, on March 18, 2010, Elmwood filed an Answer to the Complaint that contained a cross-claim against Siemens;

**WHEREAS**, on April 30, 2010, Medical Coaches filed an Amended Answer to the Complaint that contained a cross-claim against Siemens;

**WHEREAS**, on July 23, 2010, Plaintiff filed a Notice of Dismissal with prejudice of Siemens;

**WHEREAS,** on July 26, 2010, Magistrate Judge David E. Peebles entered an Order of Dismissal of Siemens;

**WHEREAS**, on August 18, 2010, Plaintiff filed a Notice of Dismissal with prejudice of Leviton;

**WHEREAS**, on September 14, 2010, Magistrate Judge David E. Peebles issued a Text Order clarifying that Plaintiff's direct claim against Siemens was dismissed but that the cross-claims by and against Siemens remained pending;

**WHEREAS**, on October 14, 2010, Magistrate Judge David E. Peebles issued a Text Order extending the deadline for joinder and amendment until January 31, 2011 and

noting that Siemens remains in the action due to the cross-claim of Elmwood and Medical Coaches;

**WHEREAS**, on December 1, 2010, Magistrate Judge David E. Peebles issued a Stipulation of Dismissal and Order dismissing Leviton from the case with prejudice.

**WHEREAS**, on January 12, 2011, Plaintiff filed an Amended Complaint that added Phillips and dropped Siemens from the case;

**WHEREAS**, on January 24, 2011, Elmwood filed an Answer to the Amended Complaint and did not assert a cross-claims against Siemens;

**WHEREAS**, on January 28, 2011, Medical Coaches filed an Answer to the Amended Complaint and did not assert a cross-claim against Siemens;

**WHEREAS**, on February 4, 2011, Phillips filed an Answer to the Amended Complaint and did not assert a cross-claim against Siemens;

**WHEREAS**, there are currently no claims or cross-claims pending against Siemens; and

**NOW THEREFORE**, pursuant to Rule 41(a)(1), the parties hereby stipulate that plaintiff's claims against Siemens are dismissed with prejudice and that defendants' cross-claims against Siemens are dismissed without prejudice, with each party to bear its own costs and fees in this action. The parties further stipulate that any of Siemens' cross-claims are dismissed without prejudice, with each party to bear its own costs and fees in this action.

Dated: February 23, 2011

Respectfully Submitted,
s/Philip T. Carroll
Philip T. Carroll
Cozen O'Connor
333 W. Wacker Drive, Suite 1900
Chicago, IL 60601
Tel: (312) 382-3100
Fax: (312) 382-8910

s/ Mark D . Goris
Mark D. Goris (Bar No. 301980)
MITCHELL, GORIS & STOKES, LLC
5 Mill Street, P.O. Box 312
Cazenovia, NY  13035
(315) 655-3463 – Telephone
(315) 655-4544 – Facsimile
**ATTORNEYS FOR PLAINTIFF,**
**DMS IMAGING, INC.**

s/Thomas D. Keleher
Thomas D. Keleher
Suzanne M. Messer
Adam P. Mastroleo
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
Telephone: 315-218-8000
Email: tkeleher@bsk.com;
**ATTORNEY FOR DEFENDANT**
**ELMWOOD SENSORS**

s/Michael J. Willett
Michael J. Willett
DAMON MOREY LLP
The Avant Building - Suite 1200
200 Delaware Avenue
Buffalo, New York  14202-2150
Telephone: 716-858-3797
Fax: 716-856-5537
Email: mwillett@damonmorey.com
**ATTORNEYS     FOR     DEFENDANT**
**MEDICAL COACHES**

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated:    February 23, 2011

s/Joseph Lipari
Joseph Lipari
Littleton Joyce Ughetta Park & Kelly, LLP.
39 Broadway
34th Floor
New York, NY 10006
Phone: 212.404.5777
Fax: 212.232.0088
Email: joseph.lipari@littletonjoyce.com
**ATTORNEY FOR DEFENDANT SIEMENS MEDICAL SOLUTIONS USA, INC.**

| | |
|---|---|
| | s/Christine Hanlon<br>Hanlon, Veloce Law Firm<br>94 Karner Road<br>Suite 205<br>Albany, NY 12203<br>Telephone: 518-862-3080<br>Fax: 518-862-3081<br>Email: christine.hanlon@cna.com |
| | **ATTORNEYS FOR DEFENDANT PHILLIPS AND TEMRO INDUSTRIES, INC. D/B/A ZERO START, COLD WEATHER STARTING PRODUCTS** |